JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 655 -- In re Sunrise Savings & Loan Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/07/03 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- pltfs. Kleiman, Goldstein, Biele, Epstein and Yovanov for transfer of actions pursuant to 28 U.S.C. §1407 -- SUGGESTED TRANSFEREE DISTRICT: E.D. Pennsylvania -- SUGGESTED TRANSFEREE JUDGE: ? (ds) |
| 85/07/05 | 2 | CROSS-MOTION, BRIEF, SCHEDULE (includes A-1 through A-4) -- plaintiffs Sollie Kaplan and Daniel Bimberg -- SUGGESTED TRANSFEREE DISTRICT: S.D. FLORIDA; SUGGESTED TRANSFEROR JUDGE: HON. LAWRENCE KING or HON. WILLIAM C. HOEVELER (cds) |
| 85/07/15 | | APPEARANCES -- BURTON L. KNAPP, ESQ. for Sollie Kaplan; GENE MESH, ESQ. for Daniel Bimberg; RICHARD D. GREENFIELD, ESQ. for A. M. Kleiman, etc.; STANLEY R. WOLFE, ESQ. for James Alan Goldstein, etc.; STUART H. SAVETT, ESQ. for Lawrence D. Biele, etc.; ~~DANIEL W. KRASNER, ESQ. for A. A. Yovanov, etc.~~; DAVID H. PITTINSKY, ESQ. for Sunrise Savings & Loan Assoc. of Florida, George Greenberg, Nathaniel J. Jacobs, Alan B. Keiser, Robert E. Logson, Lake Lytal, Frank Shaw, Robert T. Siemon and Bernard Simonson; PETER R. KOLKER, ESQ. for Robert C. Jacoby; JOHN G. HARKINS, JR., ESQ. for Blank, Rome, Comisky & McCauley, Michael D. Foxman and M. Kalman Gitomer; ALAN J. DAVIS, ESQ. for Deloitte Haskins & Sells; DANIEL W. KRASNER, ESQ. for A. A. Yovanov, etc. (ds) |
| 85/07/18 | 3 | RESPONSE -- Sollie Kaplan and Daniel Bimberg -- w/Memorandum, Exhibits 1-3 and cert. of service (cds) |
| 85/07/19 | 4 | RESPONSE -- Deloitte, Haskins & Sells w/cert service. (paa) |
| 85/07/19 | 5 | RESPONSE -- Blank, Rome, Comisky & McCauley w/cert. service. (paa) |
| 85/07/19 | 6 | RESPONSE -- Defts. Sunrise Savings & Loan Association of Florida, George Greenberg, Nathaniel J. Jacobs, Alan B. Keiser, Robert F. Logsdon, Lake Lytal, Frank Shaw, Robert T. Siemon, Sheila Evelyn, Robert A. Joseph C. Taber, Robery A. Calsin and Bernard Simonson -- w/cert. of svc. (rh) |
| 85/07/19 | 7 | RESPONSE -- Deft. Robert C. Jacoby -- w/cert. of svc. (rh) |
| 85/07/22 | 8 | SUPPLEMENT TO RESPONSE -- pltfs. Sollie Kaplan and Daniel Bimberg -- w/cert. of service and attachments (cds) |

JPML FORM 1A  p. 2

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 655 -- In re Sunrise Savings & Loan Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/07/29 | 9 | REPLY -- pltfs. A.N. Kleiman, James Allen Goldstein, Lawrence B. Biele, Joel J. Epstein, and A.A. Yavanov -- w/Exhibit and cert. of service (cds) |
| 85/08/16 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on Sept. 19, 1985 in Indianapolis, Indiana (rh) |
| 85/08/26 | 10 | NOTICE OF RELATED ACTIONS -- David P. Trachtenberg, et al. v. Sunrise Savings & Loan Assoc. of Florida, et al., E.D. Pennsylvania, C.A. No. 85-4737 and W. Bradney Nield v. Robert C. Jacoby, et al., E.D. Pennsylvania, C.A. No. 85-4753 -- letter signed by Robert P. Frutkin - dated 8/16/85. (ds) |
| 85/09/04 | | APPEARANCE -- JAMES P. MURPHY, ESQ. (new counsel for) Sunrise Savings & Loan Association of Florida (ds) |
| 85/09/04 | 11 | MEMORANDUM -- defts. Sunrise Savings & Loan Association of Florida w/cert. of svc. (ds) |
| 85/09/18 | | HEARING APPEARANCES: RICHARD D. GREENFIELD, ESQ. for Arthur M. Kleiman, Audrey Yovanov and Joel J. Epstein; DAVID H. PITTINSKY, ESQ. FOR George Greenburg, et al.; PETER R. KOLKER, ESQ. FOR Robert C. Jacoby; JOHN G. HARKINS, JR., ESQ. FOR Blank, Rome Cominsky & McCauley, et al.; ALAN J. DAVIS, ESQ. for Deloitte, Haskins & Sells; BURTON L. KNAPP, ESQ. for Sollie Kaplan and Daniel Bimberg; JAMES P. MURPHY, ESQ. for Sunrise Savings & Loan Assn. of Florida (cds) |
| 85/09/27 | 12 | RESPONSE -- DEFT. WILLIAM C. FRAME w/cert. of svc. (ds) |
| 85/12/10 | | CONSENT TO TRANSFEREE COURT -- for transfer of litigation to E.D. Pa. to the Hon. Thomas N. O'Neill, Jr. for transfer of litigation to pursuant to 28 U.S.C. §1407 (rh) |
| 85/12/10 | | TRANSFER ORDER -- transferring A-1 - A-7 to the E.D. Pennsylvania pursuant to 28 U.S.C. §1407 -- Notified involved counsel, misc. recipients, judges and clerks (rh) |
| 86/01/13 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-1 Maxwell E. Norton, etc. v. Sunrise Savings & Loan Association of Florida, S.D. Florida, C.A. No. 85-3745-Civ-Kehoe. Notified involved Counsel and Judges. (paa) |

JPML FORM 1A  p. 3

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 655 -- In re Sunrise Savings & Loan Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/01/30 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (B-1) Maxwell E. Norton, etc. v. Sunrise Savings & Loan Association of Florida, S.D. Florida, C.A. No. 85-3745-Civ-Kehoe Notified involved clerks and judges -- (tmq) |
| 86/10/03 | 13 | MOTION/BRIEF (See attached letter) Plaintiffs in the Consolidated Actions in Pa.,E. -- for transfer of B-16 to Pa., E. w/cert. of svc. (tmq) |
| 86/10/15 | | APPEARANCE: MCDERMOTT, WILL & EMERY for M. Kalman Gitomer. (tmq) |
| 86/10/15 | 14 | REQUEST FOR EXTENSION OF TIME -- Defendant Jack M. Shurack -- Extension Granted to Shurack for filing Reponse to Motion to and including November 3, 1986 -- Notified counsel (tmq) |
| 86/10/16 | | APPEARANCES: JACK M. SHURACK, ESQ for Siegfried, Kipnis & Rivera, P.A.; KENNETH D. STERN, ESQ. for Michael A. Hyman. (tmq) |
| 86/10/16 | | APPEARANCE: JEFFREY C. HAYES, ESQ. for Fred Blume, Esq., Barry J. Genkin, Esq. General Partners, Blank, Rome, Comisky & McCauley & I. Stanley Levine, Esq. (tmq) |
| 86/10/17 | 15 | REQUEST OF EXTENSION OF TIME -- Behalf of plaintiffs in consolidated actions -- Extension Granted to all parties to and including November 3, 1986 to response to pldg. #13 -- Notified counsel (tmq) |
| 86/10/17 | 16 | REQUEST OF EXTENSION OF TIME -- Laddie Howard, John R. Black, Curtis Walker -- Extension Granted to all parties to and including November 3, 1986 to response to pldg. #13 -- Notified counsel (tmq) |
| 86/10/17 | | HEARING ORDER -- Setting motion of plaintiffs for transfer of B-16 (Federal Savings & Loan) for Panel hearing in Louisville, Kentucky on November 20, 1986 (cds) |
| 86/10/20 | 17 | RESPONSE (to pldg. #13) -- B-16 -- Blank, Rome, Comisky & McCauley -- w/cert. of svc. (tmq) |
| 86/10/20 | 18 | RESPONSE (to pldg. #13) -- B-16 Defts. and former "Sunrise" directors Alan B. Keiser, Nathaniel J. Jacobs, Robert Logsdon, Robert T. Siemon George Greenberg, Lake Lytal and Bernard Simonson (the "seven outside director defendants") -- w/cert. of svc. (tmq) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 655 -- In re Sunrise Savings & Loan Securities Litigation

| Date | Pldg. # | Pleading Description |
|---|---|---|
| 86/10/22 | 19 | REQUESTED FOR EXTENSION OF TIME -- Defendant, Fredric Gruher -- Extension Previously Granted to All to and including November 3, 1986 -- Notified counsel. (tmq) |
| 86/10/31 | 20 | REQUEST TO WITHDRAW MOTION -- Plaintiffs in the consolidated actions re: FDIC v. Jacoby, S.D. Florida, C.A. No. 86-1894 -- w/cert. of svc. (tmq) |
| 86/10/31 | 21 | LETTER -- Opposition to Withdraw Motion defendants Alan B. Keiser, Nathaniel J. Jacobs, Robert Logsdon, Robert T. Siemon, George Greenberg, Lake Lytal and Bernard Simonson -- served all parties. (tmq) |
| 86/11/03 | 22 | RESPONSE -- (to pldg. #13) Fredric Gruher, Jack Shurack, Joseph Zambruski and Kenneth Howard -- w/cert. svc. (rh) |
| 86/11/03 | 23 | RESPONSE/MEMORANDUM -- (to pldg. #13) Curtis Walker, John Randolph Black and Laddie Howard -- w/cert. of svc. (rh) |
| 86/11/03 | | ORDER -- (B-16) DENIED plaintiff request to whithdraw their motion -- Notified involved counsel and judges (rh) |
| 86/11/04 | 24 | RESPONSE, ANSWER (to pldg. #13) -- deft. Robert C. Jacoby -- w/cert. of service (cds) |
| 86/11/04 | 25 | RESPONSE (to pldg. #13), Exhibits A thru C -- deft. Federal Savings and Loan Insurance Corp. -- w/cert. of service (cds) |
| 86/11/04 | 26 | REQUEST FOR ENLARGEMENT OF TIME FOR FILING THIS RESPONSE -- GRANTED -- RESPONSE (to pldg. #13) -- deft. Michael A. Hyman -- w/cert. of service (cds) |
| 86/11/04 | 27 | RESPONSE (to pldg. #13) -- deft. Thomas Skubal -- w/cert. of service (cds) |
| 86/11/04 | 28 | JOINDER IN MOTION (re pldg. #13) -- deft. Deloitte Haskins & Sells -- w/cert. of service (cds) |
| 86/11/04 | 29 | REQUEST FOR ENLARGEMENT OF TIME TO FILE THESE PAPERS -- GRANTED -- MOTION TO DEFER DISPOSITION OF MOTIONS TO TRANSFER, MEMORANDUM OF LAW IN SUPPORT -- defts. Jack Shurack and Joseph Zambruski -- w/cert. of service (cds) |
| 86/11/10 | 30 | JOINDER IN MOTION (re pldg. #13) -- deft. M. Kalman Gitomer -- w/cert. of service (cds) |
| 86/11/12 | 31 | RESPONSE (to pldg. #13) -- defts. Alan B. Keiser, Nathaniel J. Jacobs, Robert Logsdon, Robert T. Siemon, George Greenberg, Lake Lytal and Bernard Simonson -- w/cert. of service (cds) |
| 86/11/12 | 32 | REPLY MEMORANDUM -- Plaintiffs in the Consolidated Actions in Pa.,E. -- w/ Exhibit and certificate of service (cds) |
| 86/11/17 | | APPEARANCE: GLENN D. KELLEY, ESQ. for Lonny Merrill (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 655 -- In re Sunrise Savings & Loan Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/11/18 | 33 | SUPPLEMENTAL RESPONSE (to pldg. #32) -- defts. Curtis Walker, John Randolph Black and Laddie Howard -- w/cert. of service (cds) |
| 86/11/19 | | APPEARANCES FOR HEARING -- Louisville, Kentucky on November 20, 1986 -- Richard D. Greenfield, Stanley R. Wolf & Stuart H. Savett, Esquires for Plaintiffs (the previously centralized actions), Jeffery C. Hayes, Esq. for Blank, Rome, Comisky & McCauley, Fred Blume & Barry Genkin; David H. Pittinsky, Esq. for Alan B. Keiser, Nathaniel J. Jacobs, Robert Logsdon, Robert T. Siemon, George Greenberg, Lake Lytal & Bernard Simonson; Peter R. Kolker, Esq., for Robert C. Jacoby; Alan J. Davis, Esq., for Deloitte, Haskins & Sells; James P. Murphy, Esq., for Federal Savings & Loan Insurance Corp.; Steven M. Siegfried, Esq., for Jack Shurack, Joseph Zambruski, Frederic Gruher & Kenneth Howard; Barry A. Brown, Esq., for Laddie Howard, John R. Black & Curtis Walker. (paa) |
| 86/11/19 | | WAIVERS FOR ORAL ARGUMENT on November 20, 1986 -- Louisville, Kentuckty -- Howard A. Tescher, Esq. for Thomas Skubal; S. Michael Levin, Esq., for M. Kalman Gitomer; Ira H. Leesfield, Esq., for Norton Bimberg; Kenneth D. Stern, Esq., for Michael A. Hyman. (pa) |
| 86/11/20 | 34 | RESPONSE (to pldg. #13) -- deft. Michael D. Foxman -- w/cert. of service (cds) |
| 86/11/20 | | APPEARANCE: PERRY S. BECHTLE, ESQ. for Michael D. Foxman (cds) |
| 86/11/26 | | TRANSFER ORDER -- B-16 Federal Savings & Loan Insurance Corp. v. Robert C. Jacoby, et al., S.D. Florida, C.A. No. 86-1894 -- Notified involved judges, clerks and counsel. (tmq) |

JPML Form 1

Revised: 8/78

DOCKET NO. 655 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE SUNRISE SAVINGS & LOAN SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Sept. 19, 1985 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Dec. 10, 1985 | TO | unpublished | E.D. Pennsylvania | Hon. Thomas N. O'Neill, Jr. | |

Special Transferee Information

DATE CLOSED: 6/6/97

JPML FORM 1

LISTING OF INVOLVED ACTIONS

E.D. Penna.
Judge Thomas N. O'Neill, Jr.

DOCKET NO. 655 -- In re Sunrise Savings & Loan Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Sollie Kaplan v. Sunrise Savings & Loan Assoc. of Florida, et al. | Fla., S. Hoeveler | 85-6411 | 12-10-85 | 86-0056 | | |
| A-2 | Daniel Bimberg v. Sunrise Savings & Loan Assoc. of Florida, et al. | Fla., S. King | 85-2003 | 12-10-85 | 86-0652 | | |
| A-3 | A. M. Kleiman, etc. v. Sunrise Savings & Loan Assoc. of Florida, et al. | Pa., E. O'Neill | 85-2720 | | | | |
| A-4 | James Alan Goldstein, etc. v. Sunrise Savings & Loan Assoc. of Florida, et al. | Pa., E. O'Neill | 85-2763 | | | | |
| A-5 | Lawrence D. Biele, etc. v. Sunrise Savings & Loan Assoc. of Florida, et al. | Pa., E. O'Neill | 85-3395 | | | | |
| A-6 | STANLEY CLEARFIELD ~~Joel J. Epstein~~, etc. v. Sunrise Savings & Loan Assoc. of Florida, et al. | Pa., E. O'Neill | 85-3510 | | | | |
| A-7 | A. A. Yovanov, etc. v. Sunrise Savings & Loan Assoc. of Florida, et al. | Pa., E. O'Neill | 85-3533 | | | | |
| XYZ-8 | David P. Trachtenberg, et al. v. Sunrise Savings and Loan Association of Florida, et al. | Pa., E. O'Neill | 85-4737 | | | | |
| XYZ-9 | W. Bradney Nield v. Robert C. Jacoby, et al. | Pa., E. O'Neill | 85-4753 | | | | |
| B-10 | Maxwell E. Norton, etc. v. Sunrise Savings & Loan Association of Florida | Fla., S. Kehoe | 85-3745 Civ | 1-30-86 | 86-2615 | | |

July 1986 - 3 +R; 7 XYZ; 10 pg.

July 1986 -  15 pg.

DOCKET NO. 655 -- Sunrise Savings and Loan SEC

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-11 | Frank Miller, etc. v. Robert C. Jacoby, et al. | E.D. Pa. | 85-4866 | | | 12/22/86 D | |
| XYZ-12 | Nathan Cohen, et al. v. Sunrise Savings and Loan Association of Florida, et al. | E.D. Pa. | 85-5860 | | | | |
| XYZ-13 | Isaac B. Stein, etc. v. Sunrise Savings & Loan Assoc. of Florida, et al. | E.D.Pa. | 85-6222 | | | | |
| XYZ-14 | The Broad St. Foundation, Inc., etc v. Sunrise Savings and Loan Assoc., et al. | E.D.Pa. | 85-6053 | | | | |
| XYZ-15 | Stanley Gordon v. Sunrise Savings and Loan Association of Florida | E.D. Pa. | 85-6999 | | | 5/29/90 D | |
| | July 1986  15 Pdg. | | | | | | |
| B-16 | Federal Savings & Loan Insurance Corp. v. Robert C. Jacoby, et al. | S.D.Fla. Hoeveler | 86-1894 | 11/26/86 | 86-2567 | | |
| | July 1987 - 1 TR/1 DIS/15 Pdg. | | | | | | |
| XYZ-17 | George Popkin v. Robert C. Jacoby, et al. | E.D.Pa. O'Neill | 88-1713 | | | 11/9/89 D | |
| | July 1988 - 1 XYZ/ ~~DIS~~ /16 Pdg. July 1989 - Same (16 Pdg) July 1990 - 2 Dis/14 Pending July 1992 - Same Sept 1993 - Same SEE Computer Docket Sheet | | | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 655 -- IN RE SUNRISE SAVINGS & LOAN SECURITIES LITIGATION

---

SOLLIE KAPLAN (A-1)
Burton L. Knapp, Esquire
Lowey, Dannenberg & Knapp, P.C.
747 Third Avenue
New York, New York  10017

DANIEL BIMBERG (A-2)
Gene Mesh, Esquire
Gene Mesh Co., L.P.A.
3133 Burnet Avenue
Post Office Box 29073
Cincinnati, Ohio  45229

A.M. KLEIMAN, ETC. (A-3)
Richard D. Greenfield, Esquire
Greenfield & Chimicles
One Haverford Centre
Haverford, Penna.  19041-0100

JAMES ALAN GOLDSTEIN, ETC. (A-4)
Stanley R. Wolfe, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Penna.  19103

LAWRENCE D. BIELE, ETS. (A-5)
Stuart H. Savett, Esquire
Kohn, Savett, Marion & Graf, P.C.
2400 One Reading Center
1101 Market Street
Philadelphia, PA  19107

JOEL J. EPSTEIN, ETC. (A-6)
Eugene A. Spector, Esquire
1500 Walnut Street, Ste.600
Philadelphia, PA  19102
(no app. rec'd)

GEORGE GREENBERG
NATHANIEL J. JACOBS
ALAN B. KEISER
ROBERT E. LOGSDON
LAKE LYTAL
FRANK SHAW
ROBERT T. SIEMON
BERNARD SIMONSON
David H. Pittinsky, Esquire
Dilworth, Paxson, Kalish
  & Kauffman
2600 The Fidelity Building
Philadelphia, PA  19109-1094

ROBERT C. JACOBY
Peter R. Kolker, Esquire
Zuckerman, Spaeder, Goldstein,
  Taylor & Kolker
1201 Connecticut Avenue, N.W.
Washington, D.C.  20036

BLANK, ROME, COMISKY & MCCAULEY
Jeffrey C. Hayes, Esquire
Pepper, Hamilton & Scheetz
123 South Broad Street
Philadelphia, PA  19109

DELOITTE HASKINS & SELLS
Alan J. Davis, Esquire
12th Floor Placard Building
Philadelphia, PA  19102

SHEILA EVELYN
JOSEPH C. TABER
ROBERT A. CALSIN
David H. Pittinsky, Esquire
(address listed above)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 655 -- IN RE SUNRISE SAVINGS & LOAN SECURITIES LITIGATION

---

A.A. YOVANOV, ETC. (A-7)
Daniel W. Krasner, Esquire
Wolf, Haldenstein, Adler,
    Freeman & Herz
270 Madison Avenue
New York, New York  10016


MAXWELL E. NORTON (B-1)
Leesfield & Blackburn, P.A.
Ira H. Leesfield, Esquire
2350 South Dixie Highway
Miami, Florida  33133

Arthur N. Abbey, Esquire
212 East 39th Street
New York, New York  10016

M. KALMAN GITOMER
McDermott, Will & Emery
700 Brickell Avenue
Miami, Florida 33131

---

WILLIAM C. FRAME (telecon 8/27)
Bruce A. Zimet, Esquire
Suite 2000
One Financial Plaza
Ft. Lauderdale, Fla.  33394

SUNRISE SAVINGS & LOAN ASSOCIATION
         OF FLORIDA
James P. Murphy, Esquire
Squire, Sanders & Dempsey
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

FEDERAL SAVINGS & LOAN INSURANCE
       CORPORATION (B-16)
James P. Murphy, Esquire
see above

JPML FORM 2A -- Continuation

Counsel of Record -- p. 3

DOCKET NO. 655 381 -- Sunrise Savings and Loan SEC

| | |
|---|---|
| David L. Devaney<br>606 N. Federal Hwy., #D<br>Fort Pierce, Florida 33450<br><br>Thomas Skubal<br>5066 N.W. 3rd Avenue<br>Boca Raton, Florida 33431<br><br>Lynn S. Felps<br>6324 Southpoint<br>Dallas, Texas 75248<br><br>LONNY F. MERRILL<br>Glenn D. Kelley, Esq.<br>Suite 102<br>801 Spencer Drive<br>West Palm Beach, Florida 33409<br><br>Joseph D. Zazmbruski<br>8530 N.W. 21st Street<br>Coral Springs, Florida 33065<br><br>LADDIE D. HOWARD<br>JOHN RANDOLPH BLACK<br>CURTIS WALKER<br>Barry A. Brown, Esquire Goldberg<br> Kusin & Brow<br>1750 Ben Franklin Tower<br>5444 Westheimer<br>Houston, Texas 77056<br><br>Kenneth S. Koushgel<br>341 Oregon LN<br>Boca Raton, Florida 33431-1431<br><br>Teresa L. Ingles<br>1743 Lake Cypress Drive<br>Safety Harbor, Florida 33572<br><br>Kenneth R. Howard<br>3965 Cypress Edge Drive<br>Lake Worth, Florida 33467<br><br>Caldwell C. Robinson<br>212 Clarke Avenue<br>Palm Beach, Florida 33480 | FRED BLUME, ESQ./BARRY J. GENKIN, ESQ.<br>GENERAL PARTNERS, BLANK, ROME<br>  COMISKY & MCCAULEY & I. STANLEY<br>  LEVINE, ESQ.<br>Jeffrey C. Hayes, Esquire<br>Pepper, Hamilton & Scheetz<br>123 South Broad Street<br>Philadelpia, Pennsylvania 19109<br><br>MICHAEL A. HYMAN<br>Kenneth D. Stern, Esquire<br>240 W. Palmetto Park Road<br>Suite 300<br>Boca Raton, Florida 33432<br><br>JACK M. SHURACK<br>Mark A. Greenberg, Esquire<br>Siegried, Kipnis & Rivera<br>1570 Madruga Avenue<br>Suite 300<br>Coral Gables, Florida 33146<br><br>FREDRIC GRUHER<br>Craig B. Sherman, Esquire<br>Sherman and Fischman<br>3050 Biscayne Blvd., #600<br>Miami, Florida 33137<br><br>MICHAEL D. FOXMAN<br>Perry S. Bechtle, Esquire<br>LaBrum and Doak<br>1700 Market Street<br>700 IVB Building<br>Philadelphia, Pennsylvania 19103<br><br>FSLIC (B-16)<br>James P. Murphy, Esquire<br>Squire, Sanders & Dempsey<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 655 -- In re Sunrise Savings & Loan Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Sunrise Savings & Loan Association of Florida | A-1, A-2, 3, 4, 5, 6, 7 B-10 |
| Robert C. Jacoby | A-1 A-2, 3, 4, 5, 6, 7 B-10, B-16 |
| William C. Frame | A-2, 3, 4, 5, 6, 7 B-10 |
| George Greenberg | A-1, 5 |
| Nathaniel J. Jacobs | A-1, 5 |
| Alan B. Keiser | A-1, 5 |
| Robert E. Logsdon | A-1, 5 |
| Lake Lytal | A-1, 5 |
| Frank Shaw | A-1, 5 |
| Robert T. Semon | A-1, 5 |
| Bernard Simonson | A-1, 5 |

| Name | Codes |
|---|---|
| Sheila Evelyn | A-2,5 B-10 |
| Deloitte Haskins & Sells | A-2,5,7 B-10 |
| Michael Foxman | A-1, B-16 |
| M. Kalman Gitomer | A-1, B-16 |
| Blank, Rome, Comisky & McCauley | A-1 |
| Joseph C. Taber | A-2 B-10 |
| Robert A Calsin | A-2 B-10 |
| David L. Devaney | B-16 |
| William Frame | B-16 |
| Fredric Gruher | B-16 |
| Thomas Skubal | B-16 |

JPML FORM 3

p. 2

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 655 -- In re Sunrise Savings & Loan Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Lynn S. Felps | B-16 |
| Laddie D. Howard | B-16 |
| John Randolph Black | B-16 |
| Joseph C. Taber | B-16 |
| Jack M. Shurack | B-16 |
| Lonny F. Merrill | B-16 |
| Joseph D. Zambruski | B-16 |
| Michael A. Hyman | B-16 |
| Kenneth S. Koushel | B-16 |
| Curtis Walker | B-16 |
| Teresa L. Ingles | B-16 |

p. 3

| | |
|---|---|
| Kenneth R. Howard | B-16 |
| Alan B. Keiser | B-16 |
| Nathaniel J. Jacobs | B-16 |
| Caldwell C. Robinson | B-16 |
| Robert Logsdon | B-16 |
| Robert T. Siemon | B-16 |
| George Greenberg | B-16 |
| Lake Lytal | B-16 |
| Bernard Simonson | B-16 |
| Fred Blume | B-16 |
| Barry J. Genkin | B-16 |

JPML FORM 3

p. 4

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 655 -- In re Sunrise Savings & Loan Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| I. Stanley Levine | B-16 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |