JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DEC 10 1985

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 655

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SUNRISE SAVINGS & LOAN SECURITIES LITIGATION

TRANSFER ORDER

This litigation consists of seven actions pending in two districts: five actions in the Eastern District of Pennsylvania and two actions in the Southern District of Florida. Before the Panel are 1) a motion, pursuant to 28 U.S.C. §1407, brought by plaintiffs in the Pennsylvania actions to transfer the Florida actions to the Eastern District of Pennsylvania for centralized pretrial proceedings with the actions pending there; and ii) a cross-motion, pursuant to 28 U.S.C. §1407, brought by plaintiffs in the Florida actions to transfer the Pennsylvania actions to the Southern District of Florida for centralized pretrial proceedings with the actions pending there. No responding party opposes centralization under Section 1407. The only dispute concerns the selection of the transferee forum.

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization under Section 1407 in the Eastern District of Pennsylvania will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.[1] All actions are brought as class actions on behalf of shareholders of the failed Sunrise Savings & Loan Association of Florida (Sunrise). The actions involve a common set of securities law issues and facts arising out of alleged misrepresentations and nondisclosures made by Sunrise and other defendants regarding the quality and performance of Sunrise's loan portfolio and other aspects of Sunrise's operations. Centralization under Section 1407 is thus necessary in order to avoid duplication of discovery, prevent inconsistent pretrial rulings (especially with regard to overlapping class certification requests), and conserve the resources of the parties, their counsel and the judiciary.

Either the Eastern District of Pennsylvania or the Southern District of Florida could be considered an appropriate forum for this litigation. We are aware, however, of the heavy criminal case backlog that currently exists in the Southern District of Florida, and we are reluctant at this time to increase the burden on the district's personnel and facilities by centralizing a complex multidistrict civil litigation there. In choosing the Eastern District of Pennsylvania as transferee forum, we note also that 1) the majority of the actions is already pending there, and ii) the Pennsylvania actions are further advanced.

---

[1] The Panel has been advised of two additional actions pending in the Eastern District of Pennsylvania. These actions may be treated as potential tag-along actions pursuant to Rule 10(a), R.P.J.P.M.L., 89 F.R.D. 273, 278-80 (1981).

-2-

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in the Southern District of Florida be, and the same hereby are, transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable Thomas N. O'Neill, Jr., for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

                           FOR THE PANEL:

                           Andrew A. Caffrey
                           Chairman

SCHEDULE A

MDL-655 -- IN RE SUNRISE SAVINGS & LOAN SECURITIES LITIGATION

### Southern District of Florida

Sollie Kaplan v. Sunrise Savings & Loan Association of Florida, et al., C.A. No. 85-6411
Daniel Bimberg v. Sunrise Savings & Loean Association of Florida, et al., C.A. No. 85-2003

### Eastern District of Pennsylvania

A. M. Kleiman, etc. v. Sunrise Savings & Loan Association of Florida, et al., C.A. No. 85-2720
James Alan Goldstein, etc. v. Sunrise Savings & Loan Association of Florida, et al., C.A. No. 85-2763
Lawrence D. Biele, etc. v. Sunrise Savings & Loan Association of Florida, et al., C.A. No. 85-3395
Joel J. Epstein, etc. v. Sunrise Savings & Loan Association of Florida, et al., C.A. No. 85-3510
A. A. Yovanov, etc. v. Sunrise Savings & Loan Association of Florida, et al., C.A. No. 85-3533